UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS   CASE NO. 3:06cr122LAC

JOHN MICHAEL TAYLOR

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on __January 12, 2007__
Motion/Pleadings: __MOTION AND MEMO FOR ISSUANCE OF A PRELIMINARY ORDER OF FORFEITURE__
Filed by __DEFENDANT__ on __1/8/2007__ Doc.# __46__
RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   __x__ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_s/Mary Maloy_

LC (1 OR 2)   Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 24th day of January, 2007, that:*

*(a) The relief requested is **GRANTED**.*

*(b) See separate order.*

                           s/ *L.A. Collier*
                           **LACEY A. COLLIER**
                           *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.