# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                                         CASE No. 3:06cr122/LAC

**JOHN MICHAEL TAYLOR,**
  a/k/a "Big Dog,"
  a/k/a "Rhino"

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the indictment in the above-entitled action, the United States sought forfeiture, inter alia, of all property of the defendant, **JOHN MICHAEL TAYLOR**, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), and Title 21, United States Code Sections 841(a)(1), 841(b)(1)(A)(ii) and 846, as property constituting, or derived from, proceeds obtained directly or indirectly from the violation set forth in Count One, of said indictment and/or property used or intended to be used to commit or promote the commission of the offense set forth in said indictment charging **JOHN MICHAEL TAYLOR** with Conspiracy to distribute and possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(b)(1)(A)(ii) and 846.

AND WHEREAS, on or about November 17, 2006, defendant, **JOHN MICHAEL TAYLOR,** pled guilty to Count One, and agreed to the forfeiture set forth in

the indictment with regard to defendant's interest in the specifically below described real property;

AND WHEREAS, by virtue of said guilty plea, the United States is now entitled to entry of a preliminary order of forfeiture against all of the defendant's interest in said real property, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), and Rule 32(d)(2) and 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1. That all of defendant **JOHN MICHAEL TAYLOR**'s right and interest in the real property described below is hereby forfeited to and vested in the United States of America.

2. That the property which is subject to forfeiture in this Order is as follows:

(A) Real property with recorded title in the name of **JOHN MICHAEL TAYLOR** as described in the Official Records at Book 04, Page 042787, Official Records of Brazoria County, Texas. Said real property is further identified as all that tract or parcel of land, together with its buildings, improvement, fixtures, attachments and easements, commonly known as **Brazos River Road CR 400, Lake Jackson, Texas**, and more particularly described as:

> A 20.4654 ACRE TRACT OF LAND OUT OF A 350.23 ACRE TRACT, S.F. AUSTIN 7 1/3 LEAGUES, ABSTRACT 20, CALLED TRACTS 7 & 8, DESCRIBED MORE PARTICULARLY IN THE EXHIBIT "A" ATTACHED HERETO.

3. That the United States is hereby directed to publish notice of this forfeiture and of it's intent to dispose of said property, and to the extent practicable, to provide

2

direct written notice to all persons known to have alleged an interest in said property, pursuant to Title 21, United States Code, Section 853(n)(1).

    4.    That upon adjudication of all third party interests, or if no third party claims are filed pursuant to Title 21, United States Code, Section 853(n), the United States shall dispose of said real property in accordance with law or further Order of this Court.

IT IS SO ORDERED this 24th day of January, 2007.

                                          s/*L.A. Collier*
                                          LACEY A. COLLIER
                                          SENIOR UNITED STATES DISTRICT JUDGE