IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

SEALED CASE

vs.

CASE No. 3:06cr122/LAC

JOHN MICHAEL TAYLOR,
a/k/a "Big Dog,"
a/k/a "Rhino"

## FINAL ORDER OF FORFEITURE AS TO DEFENDANT
## JOHN MICHAEL TAYLOR

WHEREAS, on January 24, 2007, the Court entered a Preliminary Order of

Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 853(a)(1)

and (2), and 846, based upon the defendant's guilty plea to Count One of the Indictment

in this action, and his consent to the forfeiture of all assets used or derived from said

conduct;

AND WHEREAS, pursuant to Rule 32(d)(2) and 32.2 (b) (3) of the Federal Rules

of Criminal Procedure said Preliminary Order of Forfeiture shall be made final as to

defendant **JOHN MICHAEL TAYLOR** at the time of sentencing, and shall be made

part of the sentence and included in the judgment, now wherefore,

IT IS HEREBY ORDERED:

1.      That all of defendant **JOHN MICHAEL TAYLOR's** right, title and

interest in the property described below is hereby forfeited to and vested in the United

FILED IN OPEN COURT THIS

2/27/07

CLERK, U. S. DISTRICT
COURT, NORTHERN DIST. FLA.

States of America and that said forfeiture is now final as to defendant **JOHN MICHAEL**

**TAYLOR** for all purposes.

      2.      That the property which is subject to forfeiture in this Order is as follows:

           (A)      Real property with record title in the name of **JOHN MICHAEL**

**TAYLOR**, as described in Official Records at Book 04, Page 042787 of the public

records of Brazoria County, Texas. Said real property is further identified as all that tract

or parcel of land, together with its buildings, improvements, fixtures, attachments and

easements, commonly known as **Brazos River Rd, CR 400, Lake Jackson, Texas**, and

more particularly described as:

> A 20.4654 ACRE TRACT OF LAND OUT OF A 350.23 ACRE TRACT, S.F. AUSTIN
> 7 1/3 LEAGUES, ABSTRACT 20, CALLED TRACTS 7 & 8, DESCRIBED MORE
> PARTICULARLY IN THE EXHIBIT "A" ATTACHED HERETO .

      3.      That upon adjudication of all third party interests, or if no third party claims

are filed pursuant to Title 21, United States Code, Section 853(n), and Rule 32.2(c), Fed. R.

Crim. P. the United States shall dispose of said property in accordance with law or further

Order of this Court.

      IT IS SO ORDERED this **27** day of **Feb**, 2007.

LACEY A. COLLIER
UNITED STATES DISTRICT JUDGE

2