# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                      CASE NO. 3:06cr122LAC

JOHN MICHAEL TAYLOR

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __February 23, 2007__
Motion/Pleadings: __MOTION TO SEAL COURTROOM__
Filed by __DEFENDANT__ on __2/21/2007__ Doc.# __61__
RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)             Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 27th day of February, 2007, that:*

*(a) The relief requested is* **DENIED.**

*(b)* _____

                                             s/ *L.A. Collier*
                                             ***LACEY A. COLLIER***
                                   ***Senior United States District Judge***

```
Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
```

```
                    Document No.
```