IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                        Case No. 3:06cr122/LAC

**JOHN MICHAEL TAYLOR,**

### FINAL ORDER OF FORFEITURE AS TO ALL PERSONS AND ENTITIES

WHEREAS, on February 17th, 2007, the Court entered a Final Order of Forfeiture As To Defendant **JOHN MICHAEL TAYLOR,** pursuant to the provisions of Title 21, United States Code, Section 853(a)(1) and (2), and 846, based upon the defendant's guilty plea to Count One of the Indictment in this action, and his consent to the forfeiture of all assets used or derived from said conduct;

AND WHEREAS, the United States caused to be published a Notice of Forfeiture and Planned Disposition in The Facts, Brazoria County, Texas on March 16, 2007, March 23, 2007 and March 30, 2007, and of the intent of the United States to dispose of the real property in accordance with Title 21, United States Code, Section 853(n), and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the real property.

AND WHEREAS, the United States provided actual notice of the forfeiture and planned disposition to Billy C. Parsons and Gayle Parsons, the mortgage holders.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 MAY 15 PM 12: 30



AND WHEREAS, Billy C. Parsons and Gayle Parsons, filed an Affidavit setting forth their lien interest in the subject real property.

AND WHEREAS, the United States recognizes that its forfeiture interest in the real property is subject and subordinate to the prior lien in favor of Billy C. Parsons and Gayle Parsons, with an outstanding balance of $72,650.47 as of March 13th, 2007, plus interest accruing thereafter at the rate of $19.90 per day, and costs and fees as provided in the Note and Mortgage, as set forth in the Affidavit attached to the United States' Motion and Memorandum for Final Order of Forfeiture as to All Persons and Entities; and is also subject to any outstanding property taxes owed to Brazoria County, Texas.

AND WHEREAS, no other claims or petitions, have been filed for the real property described in this court's Final Order of Forfeiture as to defendant **JOHN MICHAEL TAYLOR**, entered February 17th, 2007, and the time for filing petitions expired on April 30, 2007, thirty (30) days after the last publication on March 30, 2007, pursuant to Title 21, United States Code, Section 853(n)(2). Accordingly,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to all of the hereinafter described real property is hereby condemned, forfeited and vested in the United States of America.

2. That the real property which is subject to forfeiture in this Order is as follows:

Real property with record title in the name of **JOHN MICHAEL TAYLOR,** As described in Deed of Trust, and filed in the Official Records of Brazoria County, Texas in Official Records Book 04, Page 042787 on July 13, 2004. Said real property is further identified as all that tract or parcel of land, together with its buildings, improvements, fixtures, attachments and easements, commonly known as Brazos River Rd, CR 400, Lake Jackson, Texas, and more

particularly described as:

> **A 20.4654 Acre Tract of land out of 350.23 Acre Tract, S.F. Austin 7 1/3 Leagues, Abstract 20, Called Tracts 7 & 8 as recorded in the Official Records at Book 04, Page 042787 of the public records of Brazoria County, Texas.**

3. That the forfeiture interest of the United States in the subject real property is subject and subordinate to the prior lien in favor of Billy C. Parsons and Gayle Parsons, with an outstanding balance of $72,650.47 as of March 13th, 2007, plus interest accruing thereafter at the rate of $19.90 per day, and costs and fees as provided in the Note and Mortgage, as set forth in the Affidavit, attached to the United States' Motion and Memorandum for Final Order of Forfeiture as to All Persons and Entities; and is also subject to any outstanding property taxes owed to Brazoria County, Florida.

4. That no other person or entity has established that they have any legal right, title or interest in said real property forfeited to the United States of America by Order entered on January 08, 2007, and said forfeiture is now final.

5. That the United States Marshal shall dispose of said real property in accordance with law.

IT IS SO ORDERED this 15th day of May, 2007.

_____
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE